IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SONNY AUSTIN RAMDEO,  :
    Petitioner,   :  1:19-cv-2170
           :
  v.       :  Hon. John E. Jones III
           :
DOUGLAS K. WHITE, WARDEN, :
    Respondent.  :

## ORDER

**April 14, 2020**

NOW THEREFORE, upon preliminary consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, *See* R. GOVERNING § 2254 CASES R. 4, 1(b), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

2. The Clerk of Court is directed to CLOSE this case and NOTIFY Petitioner.

        s/ John E. Jones III
        John E. Jones III
        United States District Judge